UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM BAXTER, )<br>)<br>　　　　Petitioner, )<br>v. 　　　　　　　　　　　　　　)　　No. 1:12-cv-0482-SEB-DKL<br>)<br>KEITH BUTTS, )<br>)<br>　　　　Respondent. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: _11/26/2012_

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William Baxter
DOC #147362
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN   46064-9001

All Electronically Registered Counsel